LEO CONSTANTINE, Respondent, v. A. VANDER SOMMEN, Appellant.— Order granting motion for a preference affirmed, with ten dollars costs and disburse-

ments. No opinion. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.